# United States Bankruptcy Court
## Middle District of Florida

In re  **Aaron Charles Carter**                                    Case No.  **6:13-bk-13082**
                                    Debtor(s)                       Chapter  **7**

### DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, **Aaron Charles Carter**, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

**November 18, 2013**            /s/ Aaron Charles Carter
Executed on (Date)               *Aaron Charles Carter*
                                 Signature of Debtor
                                 or other claimant

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| *Amended Schedule F* | *11/18/2013* |
| *Amended Summary of Schedules* | *11/18/2013* |