**United States Bankruptcy Court**
**Middle District of Florida**

In re  **Aaron Charles Carter**                                      Case No.  **6:13-bk-13082**
                               Debtor(s)                              Chapter    **7**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name:   **Bandango**

Address:   **C/O Kelly Strong**
**6050 S Semoran Blvd.**
**#101**
**Orlando, FL 32822**

**Please be advised that effective    12/03   , 20 13   ,**
**The Creditor's new mailing address is:**

Name:   **Bandango**

Address:   c/o Sharky Laguana
2200 Cesar Chavez, Suite 16
San Francisco, CA, 94124

                                             **/s/ Alan J. Elkins**
                                             **Alan J. Elkins 264512**
                                             Authorized Signer/Title

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy